Christian W. Hancock - 027744
BRADLEY ARANT BOULT CUMMINGS LLP
Hearst Tower
214 North Tryon Street, Ste. 3700
Charlotte, NC 28202
Telephone: (704) 338 6089
chancock@bradley.com

*Attorney for Defendants Paramount Residential Mortgage group, INC., and Cenlar FSB*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| George Calcut, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>Paramount Residential Mortgage Group Incorporated, *et al*.,<br>        Defendants. | Case No. 2:22-cv-01215-JJT<br><br>**NOTICE OF SERVICE OF DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |

Defendants Paramount Residential Mortgage Group, Inc. ("PRMG") and Cenlar FSB ("Cenlar") through their undersigned counsel, hereby give notice that, on December 9, 2022, they served Defendants' Responses to Plaintiff's First Set of Interrogatories to Plaintiffs' Counsel via electronic mail and U.S. Mail.

DATED this 13th day of December, 2022.

[signatures appear on the following page]

Respectfully submitted,

s/ Christian W. Hancock
Christian W. Hancock #027744
BRADLEY ARANT BOULT CUMMINGS LLP
chancock@bradley.com
Truist Center
214 North Tryon Street
Ste 3700
Charlotte, NC 28202
(704) 338-6116 (Phone)
(704) 338-6089 (Facsimile)

*Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and also served the foregoing by electronic mail and U.S. Mail on the following:

**Justin Johanson, Esq.**
21920 E. Pegasus Parkway
Queen Creek, Arizona 85142
Phone: (480) 845-2030
Jjohanson1129@gmail.com

**Phillip Robinson**
Consumer Law Center LLC
10125 Colesville Rd., Ste. 378
Silver Spring, MD 20901
Telephone (301) 448-1304
phillip@marylandconsumer.com

**Brent Snyder**
Banks & Jones
2125 Middlebrook Pike
Knoxville, TN 37921
Telephone (865) 264-3328
brentsnyder77@gmail.com

/s/ Christian W. Hancock
OF COUNSEL