Christian W. Hancock - 027744
BRADLEY ARANT BOULT CUMMINGS LLP
Hearst Tower
214 North Tryon Street, Ste. 3700
Charlotte, NC 28202
Telephone: (704) 338 6089
chancock@bradley.com

*Attorney for Defendants Paramount Residential Mortgage group, INC., and Cenlar FSB*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| George Calcut, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Paramount Residential Mortgage Group Incorporated, *et al*.,<br>　　　　　　Defendants. | Case No. 2:22-cv-01215-JJT<br><br>**JOINT MOTION FOR REFERRAL TO A JUDICIAL SETTLEMENT CONFERENCE** |

　　　　Plaintiffs George Calcut and Geri Calcut ("Plaintiffs") and Defendants Paramount Residential Mortgage Group, Inc. ("PRMG") and Cenlar FSB ("Cenlar") (collectively the "Parties") through their undersigned counsel file this Joint Motion for Referral to a Judicial Settlement Conference and request this matter be referred to a magistrate judge to conduct a settlement conference pursuant to LRCiv 83.10.

[*Signatures on the following page*]

Respectfully submitted,

AND

s/ *Brent Snyder*
Justin Johanson, Esq.
Jjohanson1129@gmail.com
21920 E. Pegasus Parkway
Queen Creek, Arizona 85142
Phone: (480) 845-2030

Phillip Robinson
CONSUMER LAW CENTER LLC
phillip@marylandconsumer.com
10125 Colesville Rd., Ste. 378
Silver Spring, MD 20901
Telephone (301) 448-1304

Brent Snyder
BANKS & JONES
brentsnyder77@gmail.com
2125 Middlebrook Pike
Knoxville, TN 37921
Telephone (865) 264-3328

*Attorneys for Plaintiffs*

s/ *Christian W. Hancock*
Christian W. Hancock #027744
BRADLEY ARANT BOULT CUMMINGS LLP
chancock@bradley.com
Truist Center
214 North Tryon Street
Ste 3700
Charlotte, NC 28202
(704) 338-6116 (Phone)
(704) 338-6089 (Facsimile)

G. Benjamin Milam
BRADLEY ARANT BOULT CUMMINGS LLP
bmilam@bradley.com
Truist Center
214 North Tryon Street
Ste 3700
Charlotte, NC 28202
(704) 338-6049 (Phone)
(704) 338-6080 (Facsimile)

*Attorney for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 1, 2023, and I conferred with Brent Snyder, counsel for Plaintiffs, via e-mail and Plaintiffs are unopposed to the relief requested herein.

/s/ *Christian W. Hancock*
OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and served the foregoing by electronic mail on the following:

**Justin Johanson, Esq.**
21920 E. Pegasus Parkway
Queen Creek, Arizona 85142
Phone: (480) 845-2030
Jjohanson1129@gmail.com

**Phillip Robinson**
Consumer Law Center LLC
10125 Colesville Rd., Ste. 378
Silver Spring, MD 20901
Telephone (301) 448-1304
phillip@marylandconsumer.com

**Brent Snyder**
Banks & Jones
2125 Middlebrook Pike
Knoxville, TN 37921
Telephone (865) 264-3328
brentsnyder77@gmail.com

/s/ *Christian W. Hancock*
OF COUNSEL