Christian W. Hancock - 027744
BRADLEY ARANT BOULT CUMMING LLP
Truist Center
214 North Tryon Street, Ste. 3700
Charlotte, NC 28202
Telephone: (704) 338 6089
chancock@bradley.com
*Attorneys for Defendants Paramount Residential Mortgage Group, INC., and Cenlar FSB*

G. Benjamin Milam *(Admitted Pro Hac Vice)*
BRADLEY ARANT BOULT CUMMING LLP
Truist Center
214 North Tryon Street, Ste. 3700
Charlotte, NC 28202
Telephone: (704) 338-6000
bmilam@bradley.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| GEORGE CALCUT AND GERI CALCUT<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.,<br><br>AND<br><br>CENLAR FSB<br><br>Defendants. | Case No. 2:22-cv-01215<br><br><br>**NOTICE OF SERVICE OF DEFENDANTS' AMENDED PRETRIAL DISCLOSURES** |

Defendants Paramount Residential Mortgage Group, Inc. ("PRMG") and Cenlar FSB ("Cenlar"), through their undersigned counsel, hereby give notice that, on June 5, 2023, they served Defendants' Amended Pretrial Disclosures to Plaintiffs' counsel via electronic mail, pursuant to Rules 26(a)(3) of the Federal Rules of Civil Procedure.

DATED this 5th day of June, 2023.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

s/ G. Benjamin Milam
CHRISTIAN W. HANCOCK #027744
chancock@bradley.com
(704) 338-6116 (Phone)
(704) 338-6089 (Facsimile)
G. BENJAMIN MILAM *(Admitted Pro Hac Vice)*
bmilam@bradley.com
(704) 338-6000 (Phone)
(704) 332-8858 (Facsimile)
BRADLEY ARANT BOULT CUMMING LLP
Truist Center
214 North Tryon Street
Ste 3700
Charlotte, NC 28202

*Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

2

    I hereby certify that on June 5, 2023, I electronically filed the foregoing with the
3
Clerk of the Court using the CM/ECF system which will send notification of such filing
to the following and also served the foregoing by electronic mail on the following:

4

5
**Justin Johanson, Esq.**
21920 E. Pegasus Parkway
6
Queen Creek, Arizona 85142
Phone: (480) 845-2030
7
Jjohanson1129@gmail.com

8
**Brent S. Snyder, Esq.**
9
2125 Middlebrook Pike
Knoxville, TN 37921-5855
10
Brentsnyder77@gmail.com

11
**Phillip Robinson**
12
Consumer Law Center LLC
10125 Colesville Rd., Ste. 378
13
Silver Spring, MD 20901
Telephone (301) 448-1304
14
phillip@marylandconsumer.com

15

16

17
    /s/ G. Benjamin Milam
18
       OF COUNSEL

19

20

21

22

23

24

25

26

27

28

{M76009784/00148021.DOCX. 11/25/2022}

Christian W. Hancock - 027744
BRADLEY ARANT BOULT CUMMING LLP
Truist Center
214 North Tryon Street, Ste. 3700
Charlotte, NC 28202
Telephone: (704) 338 6089
chancock@bradley.com

G. Benjamin Milam *(Admitted Pro Hac Vice)*
BRADLEY ARANT BOULT CUMMING LLP
Truist Center
214 North Tryon Street, Ste. 3700
Charlotte, NC 28202
Telephone: (704) 338-6000
bmilam@bradley.com

*Attorneys for Defendants Paramount Residential Mortgage Group, INC., and Cenlar FSB*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| GEORGE CALCUT AND GERI CALCUT<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.,<br><br>AND<br><br>CENLAR FSB<br>Defendants. | Case No. 2:22-cv-01215<br><br>**DEFENDANTS' AMENDED PRETRIAL DISCLOSURES** |

Defendants Paramount Residential Mortgage Group, Inc. ("PRMG") and Cenlar FSB ("Cenlar") (collectively "Defendants"), through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 26(a)(3) and this Court's Rule 16 Scheduling Order (ECF No.10) serve and file the following Amended Pretrial Disclosures:

## I.  Defendant's Witness List:

A. Defendants expect to present the following witnesses at trial:

a.  Raymond Crawford
c/o G. Benjamin Milam
Truist Center
214 North Tryon Street, Ste. 3700
Charlotte, NC 28202

Telephone: (704) 338-6000

b.  Christy Christensen
    c/o G. Benjamin Milam
    Truist Center
    214 North Tryon Street, Ste. 3700
    Charlotte, NC 28202
    Telephone: (704) 338-6000

B.  Defendants may present the following witnesses at trial if the need arises:

c.  Derek W. Royster, CPA/ABV/CFF, CFE
    6000 Fairview Road, Suite1200
    Charlotte, NC 28210
    (704) 227-0777

d.  George Calcut
    c/o Brent S. Snyder
    2125 Middlebrook Pike
    Knoxville, TN 37921-5855
    Telephone: (865) 546-2141

e.  Geri Calcut
    c/o Brent S. Snyder
    2125 Middlebrook Pike
    Knoxville, TN 37921-5855
    Telephone: (865) 546-2141

f.  Laurie Cathers
    Psychological Pathways
    2500 S Power Rd, Building 2,
    Mesa, Arizona 85209

g.  Kristen Betz
    10557 E. Balmore Ave,
    Mesa, AZ 85208
    (480) 338-8508

h.  Lori Murray
    10660 E. Willow Drive,
    Cornville, AZ 86325

h.  Jessica Heintz, DO
    Honor Health Medical Group

3311 N. 44th St.
Phoenix, AZ 85018

   i.  Ira H. Ungar, MD
Honor Health Medical Group
3311 N. 44th St.
Phoenix, AZ 85018

   j.  Records Custodian of LoanDepot
300 W. Clarendon Ave., Suite 240,
Phoenix, AZ 85013

   k.  Records Custodian of CitiBank, N.A.
1400 Citi Cards Way
Jacksonville, FL 32258

   l.  Records Custodian of Synchrony Bank
170 West Election Road, Suite 125
Draper, UT 84020

   m. Records Custodian of Equifax Information Services
8825 N. 23rd Avenue, Suite 100,
Phoenix, AZ 85021

   n.  Records Custodian of Transunion, LLC
8825 N. 23rd Avenue, Suite 100,
Phoenix, AZ 85021

   o.  Records Custodian of Experian Information Services LLC
3800 N. Central Avenue, Suite 460
Phoenix, AZ 85012

   p.  Records Custodian of Honor Health Medical Group
3800 N. Central Ave., Ste. 460
Phoenix, AZ 85012

   q.  Records Custodian of Broker Solutions, Inc. d/b/a New American Funding
8825 N. 23rd Avenue, Suite 100
Phoenix, AZ 85021

   r.  Records Custodian of United Trust Bank
8028 S. Harlem,
Palos Heights, IL 60455

C. Defendants reserve the right to call persons not listed above for purposes of impeachment or to rebut the testimony of any of the witnesses called by Plaintiffs. Defendants further reserve the right to call any witnesses listed by Plaintiffs in their Pretrial Disclosures.

## II. Deposition Designations:

A. Defendants expect to present the testimony of the following witnesses by deposition:

1. George Calcut

| Defendants' Designations | Plaintiffs' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-designations |
|---|---|---|---|
| 9:5–21 | | | |
| 9:24–10:13 | | | |
| 15:2–19:19 | | | |
| 20:21–21:7 | | | |
| 23:10–25:19 | | | |
| 26:20–27:11 | | | |
| 35:1–36:3; | | | |
| 36:16–37:1 | | | |
| 37:2–39-12; | | | |
| 40:13–42:8 | | | |
| 46:8–48:6 | | | |
| 64:12–16 | | | |

| 66:16–67:1 | | | |
| 67:8–68:15 | | | |
| 83:21–86:15 | | | |
| 92:23–93:5 | | | |
| 95:6-97:5 | | | |
| 101:6-103:22 | | | |
| 106:2–107:6 | | | |
| 109:9–112:20 | | | |
| 114:9–115:15 | | | |
| 118:24–120:15 | | | |

2.  Geri Calcut

| Defendants' Designations | Plaintiffs' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-designations |
| --- | --- | --- | --- |
| 10:23–11:2 | | | |
| 11:9–12:1 | | | |
| 12:25–14:12 | | | |
| 15:7–16:9 | | | |
| 19:20–21:4 | | | |
| 21:16–21:23 | | | |
| 30:13–32:4 | | | |
| 36:3–36:22 | | | |

| 41:11–46:25 | | | |
| 49:11–24 | | | |

### 3. Lori Murray

| Defendants' Designations | Plaintiffs' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-designations |
|---|---|---|---|
| 19:25-28:11 | | | |

### 4. Kristen Betz

| Defendants' Designations | Plaintiffs' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-designations |
|---|---|---|---|
| 32:23-34:16 | | | |
| 37:3–38:6 | | | |
| 38:24–39:4 | | | |
| 42:18–43:11 | | | |
| 45:7–48:13 | | | |
| 57:6–59:15 | | | |
| 60:23–71:20 | | | |
| 72:10–74:6 | | | |
| 79:13–80:13 | | | |

| 89:23-90:14 | | | |
|---|---|---|---|
| 98:21–100:19 | | | |
| 102:9–105:13 | | | |
| 105:14–106:7 | | | |

5.  Laurie Cathers

| Defendants' Designations | Plaintiffs' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-designations |
|---|---|---|---|
| 23:23-26:24 | | | |
| 51:1–53:25 | | | |
| 60:15-93:5 | | | |
| 94:5-95:3 | | | |
| 96:14–97:1 | | | |

B.  Defendants reserve the right to present additional deposition testimony at trial to the extent any witness becomes unavailable to testify at trial.

C.  Defendants reserve the right to use additional deposition testimony for purposes of impeachment, rebuttal, or to refresh the recollection of any witness called to testify at trial.

## III. Exhibits

A.  Defendants expect to offer the following exhibits at trial:

| Exhibit # | Description | Identified by | Admitted |
|---|---|---|---|

| 1 | September 28, 2021 Response to Inquiry | CENLAR 000009 - CENLAR 000010 | |
|---|---|---|---|
| 2 | October 24, 2021 Response to Inquiry | CENLAR 000011 - CENLAR 000012 | |
| 3 | Letter regarding forbearance options dated November 4, 2020 | CENLAR 000119 - CENLAR 000125 | |
| 4 | Letter regarding options post-forbearance dated March 9, 2021 | CENLAR 000131 - CENLAR 000134 | |
| 5 | Letter regarding forbearance extension and options post-forbearance dated March 15, 2021 | CENLAR 000136 - CENLAR 000140 | |
| 6 | Letter regarding options post-forbearance dated May 3, 2021 | CENLAR 000141 - CENLAR 000144 | |
| 7 | Letter regarding forbearance extension and options post-forbearance dated May 11, 2021 | CENLAR 000145 - CENLAR 000150 | |
| 8 | Letter stating Plaintiffs had been approved for a Disaster Modification dated June 1, 2021 | CENLAR 000151 - CENLAR 000153 | |
| 9 | Letter stating Plaintiffs had been approved for a Disaster Modification and providing Next Steps dated June 1, 2021 | CENLAR 000154 - CENLAR 000163 | |
| 10 | Audio Recording of Phone call dated May 28, 2021 | CENLAR 000629 | |
| 11 | Letter regarding account status reporting dated August 4, 2021 | CENLAR 000167 - CENLAR 000168 | |
| 12 | Letter regarding completion of trial payments dated August 31, 2021 | CENLAR 000169 - CENLAR 000176 | |
| 13 | Letter regarding Modification Offer dated September 3, 2021 | CENLAR 000251 - CENLAR 000266 | |
| 14 | Letter confirming receipt of Plaintiffs inquiry dated September 22, 2021 | CENLAR 000181 - CENLAR 000182 | |

| 15 | ACDV Response | CENLAR 000219 - CENLAR 000221 | |
| 16 | ACDV Response | CENLAR 000222 - CENLAR 000224 | |
| 17 | ACDV Response | CENLAR 000225 - CENLAR 000227 | |
| 18 | ACDV Response | CENLAR 000228 - CENLAR 000230 | |
| 19 | Executed Loan Modification Agreement | CENLAR 000269 - CENLAR 000280, CENLAR 000291 - CENLAR 000302 | |
| 20 | April 17, 2020, Closing Disclosures | CENLAR 000332 - CENLAR 000337 | |
| 21 | April 17, 2020, Note | CENLAR 000347 - CENLAR 000349 | |
| 22 | April 17, 2020, Deed of Trust | CENLAR 000373 - CENLAR 000381 | |
| 23 | March 16, 2020, Residential Loan Application | CENLAR 000392 - CENLAR 405 | |
| 24 | July 15, 2022, Experian Reporting Summary | CENLAR 000419 | |
| 25 | Account Notes | CENLAR 000420 - CENLAR 000478 | |
| 26 | August 5, 2021, Letter to borrower regarding investigation into CFPB Complaint | CENLAR 000479; PRMG 000749 | |
| 27 | October 26, 2021, Letter to borrower regarding investigation into CFPB Complaint | CENLAR 000480, PRMG 000748 | |
| 28 | August 5, 2021 CFPB Complaint Response | CENLAR 000481, PRMG 749 | |

| | | | |
|---|---|---|---|
| 29 | October 26, 2021 CFPB Complaint Response | CENLAR 000480, PRMG 000748 | |
| 30 | CFPB Complaint No. 210909-7233352 | CENLAR 000543 - CENLAR 000547; CENLAR 000596 - CENLAR 000600 | |
| 31 | CFPB Complaint No. 210724-6973359 | CENLAR 000601 - CENLAR 605 | |
| 32 | United Trust Bank Closing Statement | CALCUT 000841 | |
| 33 | LoanDepot - Statement of Credit Denial dated October 24, 2021 | loanDepot_Calcut_000061 - loanDepot_Calcut_000064 | |
| 34 | New American Funding - Affidavit of Custodian of Records | New American 0001 | |
| 35 | Statement of Credit Denial dated December 3, 2021 | New American 0003 - New American 0006 | |
| 36 | Chapter 5 of VA Handbook | Produced by Plaintiff's Without Bates Label; https://www.benefits.va.gov/WARMS/M26_4.asp | |
| 37 | New American Funding - Conversion Log Entries | New American 0889 - New American 0897 | |
| 38 | United Trust Bank Closing Disclosures dated May 27, 2022 | United Trust 0001 - United Trust 0006 | |
| 39 | United Trust Note | United Trust 0011 - United Trust 0015 | |
| 40 | United Trust Deed of Trust | United Trust 0016 - United Trust 0032 | |
| 41 | United Trusts Loan Application dated May 31, 2022 | United Trust 0035 - United Trust 0049 | |
| 42 | United Trust Credit Score Notice | United Trust 0092 - United Trust 0097 | |

| 43 | Covid 19 Employment and Debt Certification dated April 17, 2020 | CALCUT 000269 - CALCUT 000271 | |
| 44 | United Trust Bank Credit Score Notice to Geri Calcut dated April 27, 2022 | CALCUT 000967 | |
| 45 | United Trust Bank Credit Score Notice to George Calcut dated April 27, 2022 | CALCUT 000969 | |
| 46 | Transunion Credit Report of George Calcut dated August 18 2021 | TU 31 - TU 42 | |
| 47 | Transunion CRS3 ACDV3 Responses dated September 9, 2021 | TU 72 | |
| 48 | Transunion letter to George Calcut regarding investigation into dispute dated September 19, 2021 | TU 74 - TU 83 | |
| 49 | TransUnion Certification and Waiver dated February 7, 2023 | Produced by Plaintiff's Without Bates Label | |
| 50 | Equifax Declaration of Custodian of Records dated January 20, 2023 | CALCUT 001214 - CALCUT 001215 | |
| 51 | Equifax FACT Trade Update Notification | CALCUT 001272 - CALCUT 001274 | |
| 52 | Equifax Consumer Dispute Verification | CALCUT 001275 - CALCUT 001283 | |
| 53 | Equifax Credit Report of George Calcut dated October 28, 2021 | CALCUT 001284 - CALCUT 001289 | |
| 54 | Equifax FACT Trade Update Notification | CALCUT 01290 - CALCUT 001293 | |
| 55 | Equifax Consumer Dispute Verification | CALCUT 001293 - CALCUT 001301 | |
| 56 | Experian Declaration of records Custodian dated March 14, 2023 | Produced Without Bates Label | |

| 57 | Experian Credit Report of George Calcut dated July 23, 2021 | EXP.CALCUT_000049 - EXP.CALCUT_0000060 | |
|----|----|----|----|
| 58 | Experian Credit Report of George Calcut dated September 1, 2021 | EXP.CALCUT_000061 - EXP.CALCUT_0100072 | |
| 59 | Experian Credit Report of George Calcut dated August 25, 2021 | EXP.CALCUT_000085 - EXP.CALCUT_000096 | |
| 60 | Experian Credit Report of George Calcut dated November 29, 2021 | EXP.CALCUT_000097 - EXP.CALCUT_000108 | |
| 61 | Experian Credit Report of George Calcut dated October 4, 2021 | EXP.CALCUT_000109 - 120 | |
| 62 | Experian Credit Report of George Calcut dated August 9, 2021 | EXP.CALCUT_000121 - EXP.CALCUT_000132 | |
| 63 | Experian Credit Report of George Calcut dated September 7, 2021 | EXP.CALCUT_000157 - EXP.CALCUT_000168 | |
| 64 | Experian Credit Report of George Calcut dated August 17, 2021 | EXP.CALCUT_000259 - EXP.CALCUT_000268 | |
| 65 | Experian Consumer Assistance CAPS (ACDV Response) | EXP. CALCUT_000299 | |
| 66 | Experian's Declaration of Records Custodian dated February 10, 2023 | Produced without Bates Label | |
| 67 | Experian Credit Profile of George Calcut | EXP.CALCUT_000321 - EXP.CALCUT_000343 | |
| 68 | Experian Credit Profile of Geri Calcut | EXP.CALCUT_000344 - EXP.CALCUT_000353 | |
| 71 | Notice to Plaintiff's regarding Undisclosed Debt dated March 16, 2020 | PRMG 00351 | |
| 72 | PRMG Borrower COVID-19/Coronavirus Certification | PRMG 000443; PRMG 000815 | |
| 73 | PRMG Borrower COVID-19/Coronavirus Employment | PRMG 000444; PRMG 000804 | |

| | | | |
|---|---|---|---|
| | and Debt Certification of George Calcut | | |
| 74 | PRMG Borrower COVID-19/Coronavirus Employment and Debt Certification of Geri Calcut | PRMG 000445; PRMG 000803 | |
| 75 | June 14, 2021 Electronic Transfer Authorization from Plaintiffs | CENLAR 000164 – CENLAR 000166 | |

B.  Defendants may offer the following exhibits at trial if the need arises:

| Exhibit # | Description | Identified by | Admitted |
|---|---|---|---|
| 76 | Payment History | CENLAR 000005 - CENLAR 000008 | |
| 77 | Notice of Assignment dated May 28, 2020 | CENLAR 000114 - CENLAR 000116 | |
| 78 | Letter Enclosing Loan Modification Agreement dated September 27, 2021 | CENLAR 000183 | |
| 79 | Letter regarding inquiry dated September 27, 2021 | CENLAR 000184 - CENLAR 000185 | |
| 80 | Letter regarding servicing transfer to AmeriHome dated October 8, 2021 | CENLAR 000188 - CENLAR 000191 | |
| 81 | Letter confirming Loan was paid in full dated June 7, 2022 | CENLAR 000201 - CENLAR 000202 | |
| 82 | Letter confirming Loan was paid in full dated June 7, 2022 | CENLAR 000203 - CENLAR 000204 | |
| 83 | Payoff Statement dated May 4, 2022 | CENLAR 000205 - CENLAR 000208 | |
| 84 | Payoff Statement dated May 26, 2022 | CENLAR 000209 - CENLAR 000212 | |
| 85 | Letter from Mr. Calcut regarding Credit Reporting Dated August 31, 2021 | CENLAR 000233 - CENLAR 000240 | |
| 86 | June 1, 2021 Disaster Modification Workout Asset Plan | CENLAR 000244 - CENLAR 000250 | |
| 87 | April 13, 2020 Closing Disclosures | CENLAR 000386 - CENLAR 391 | |

| | | | |
|---|---|---|---|
| 88 | LoanDepot - Residential Loan Application dated October 6, 2021 | LoanDepot_Calcut_0000 77 - LoanDepot_Calcut_0000 91 | |
| 89 | New American Funding Loan Application | New American 0120 - New American 0134 | |
| 90 | United Trust Cash Out Refinance Comparison Certification dated May 10, 2022 | United Trust 0050 - United Trust 0051 | |
| 91 | Audio Recording of Phone Call with Citi Bank | CITIBANK 0068 | |
| 92 | Audio Recording of Phone Call with Citi Bank | CITIBANK 0069 | |
| 93 | Transunion Credit Report of George Calcut dated July 17, 2021 | TU 3 - TU14 | |
| 94 | Transunion Credit Report of George Calcut dated August 4, 2021 | TU 17 - TU 28 | |
| 95 | Transunion Credit Report of George Calcut dated August 22, 2021 | TU 45 - TU 56 | |
| 96 | Transunion Dispute Success Report dated August 22, 2021 | TU 71 | |
| 97 | Transunion Credit Report of George Calcut dated September 29, 2021 | TU 86 - TU 99 | |
| 98 | Transunion Credit Report of George Calcut dated October 04, 2021 | TU 102 - TU 111 | |
| 99 | Transunion Credit Report of George Calcut dated October 05, 2021 | TU 118 - TU 131 | |
| 100 | Transunion Credit Report of George Calcut dated October 28, 2021 | TU 134 - TU 143 | |
| 101 | Transunion Credit Report of George Calcut dated November 4, 2021 | TU 166 -TU 179 | |
| 102 | Transunion Credit Report of George Calcut dated November 11, 2021 | TU 198 - TU 211 | |
| 103 | Transunion Credit Report of George Calcut dated December 6, 2021 | TU 214 - TU 277 | |

| | | | |
|---|---|---|---|
| 104 | Transunion Credit Report of George Calcut dated December 13, 2021 | TU 230 - TU 243 | |
| 105 | Transunion Credit Report of George Calcut dated December 29, 2021 | TU 251 - TU 264 | |
| 106 | Transunion Credit Report of George Calcut dated February 25, 2022 | TU 267 - TU 280 | |
| 107 | Transunion Credit Report of George Calcut dated October 15, 2022 | TU 299 - TU 313 | |
| 108 | Transunion Credit Report of George Calcut dated January 10, 2023 | TU 214 -TU 326 | |
| 109 | Transunion Credit Report of George Calcut dated February 6, 2023 | TU 329 - TU 340 | |
| 110 | Transunion Dispute Report dated August 17, 2021 | TU 342 | |
| 111 | Transunion Dispute Report dated October 29, 2021 | TU 343 | |
| 112 | Equifax Credit Report for Geri Calcut dated January 25, 2023 | CALCUT 001250 – CALCUT 001266 | |
| 113 | Equifax Credit Report of George Calcut dated January 20, 2023 | CALCUT 001217 - CALCUT 001245 | |
| 114 | Equifax Credit Report of George Calcut dated January 25, 2023 | CALCUT 001247 - CALCUT 001270 | |
| 115 | Equifax Credit Report of George Calcut dated July 6, 2015 | CALCUT 001302 - CALCUT 001307 | |
| 116 | Experian Credit Report of George Calcut dated July 27, 2017 | EXP.CALCUT_000001 - EXP.CALCUT_000018 | |
| 117 | Experian Credit Report of George Calcut dated July 27, 2017 | EXP.CALCUT_000019 - EXP.CALCUT_000032 | |
| 118 | Experian Credit Report of George Calcut dated January 28, 2022 | EXP. CALCUT_000145 - EXP.CALCUT_000156 | |
| 119 | Experian Credit Report of George Calcut dated June 18, 2022 | EXP.CALCUT_000181 - EXP.CALCUT_000192 | |
| 120 | Experian Credit Report of George Calcut dated March 27, 2022 | EXP.CALCUT_000193 - EXP.CALCUT_000204 | |

| | 121 | Experian Credit Report of George Calcut dated September 10, 2022 | EXP.CALCUT_000221 - EXP.CALCUT_000232 | |
|---|---|---|---|---|
| | 122 | Experian Credit Report of George Calcut dated July 13, 2022 | EXP.CALCUT_000235 - EXP.CALCUT_000246 | |
| | 123 | Experian Credit Report of George Calcut dated January 31, 2023 | EXP.CALCUT_000273 - EXP.CALCUT_000286 | |
| | 124 | Experian Transaction Log | EXP.CALCUT_000300 - EXP.CALCUT_000311 | |
| | 125 | Experian Disclosure Log | EXP.CALCUT_00312 - EXP.CALCUT_000318 | |
| | 126 | Experian Log Report | EXP.CALCUT_000139 - EXP.CALCUT_000320 | |
| | 127 | Psychological Pathways Therapy Termination Note dated December 2, 2022 | PATHWAYS 0029 - PATHWAYS 0032 | |
| | 128 | Honor Health Visit Notes for March 21, 2023 | HONOR HEALTH 0017 - HONOR HEALTH 0021 | |
| | 129 | Honor Health Visit Notes dated January 23, 2015 | HONOR HEALTH 1287 - HONOR HEALTH1268 | |
| | 130 | Honor Health Visit Notes for Refill dated January 12, 2021 | HONOR HEALTH 0522 - HONOR HEALTH 0525 | |
| | 131 | Honor Health Visit Notes for Refill dated February 12, 2021 | Honor HEALTH 0508 - HONOR HEALTH 510 | |
| | 132 | Honor Health Visit Notes for Refill dated March 13, 2020 | HONOR HEALTH 0726 - HONOR HEALTH 0728 | |
| | 133 | Honor Health Visit Notes for Refill dated March 5, 2020 | HONOR HEALTH 0679 - HONOR HEALTH 0685 | |
| | 134 | Honor Health Visit Notes dated September 29, 2020 | HONOR HEALTH 0563 - HONOR HEALTH 0581 | |
| | 135 | Honor Health Visit Notes for Refill dated March 31, 2021 | HONOR HEALTH 0505 - HONOR HEALTH 0507 | |
| | 136 | Honor Health Visit Notes for Refill dated April 6, 2021 | HONOR HEALTH 0502 - HONOR HEALTH 0504 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{M76009784/0014802
1.DOCX. 11/25/2022}

| 137 | Honor Health Visit Notes dated June 30, 2021 | HONOR HEALTH 0409 - HONOR HEALTH 0470 | |
| 138 | Honor Health Visit Notes dated July 9, 2021 | HONOR HEALTH 0403 - HONOR HEALTH 0407 | |
| 139 | Honor Health Visit Notes dated August 31, 2021 | HONOR HEALTH 0388 | |
| 140 | Honor Health Notes on Laboratory Results dated November 3, 2021 | HONOR HEALTH 0360 - HONOR HEALTH 0375 | |
| 141 | Honor Health Visit Notes dated November 17, 2021 | HONOR HEALTH 0348 - HONOR HEALTH 0352 | |
| 142 | Honor Health Visit Notes dated February 24, 2022 | HONOR HEALTH 0311 - HONOR HEALTH 0322 | |
| 143 | Honor Health Visit Notes for March 20, 2023 | HONOR HEALTH 0022 - HONOR HEALTH 0024 | |
| 144 | Psychological Pathways Psychotherapy Intake Note dated July 25, 2022 | PATHWAYS 0005 - PATHWAYS 0008 | |
| 145 | Psychological Pathways Psychotherapy Progress Note and Treatment Plan dated August 5, 2022 | PATHWAYS 0009 - PATHWAYS 0012 | |
| 146 | Psychological Pathways Psychotherapy Progress Note dated August 12, 2022 | PATHWAYS 0013 - PATHWAYS 0014 | |
| 147 | Psychological Pathways Psychotherapy Progress Note dated August 26, 2022 | PATHWAYS 0015 - PATHWAYS 0016 | |
| 148 | Psychological Pathways Psychotherapy Progress Note and Psychiatry Intake Note dated September 2, 2022 | PATHWAYS 0017 - PATHWAYS 0022 | |
| 149 | Psychological Pathways Psychotherapy Progress Note dated September 9, 2022 | PATHWAYS 0023 - PATHWAYS 0024 | |
| 150 | Psychological Pathways Psychotherapy Progress Note dated September 23, 2022 | PATHWAYS 0025 - PATHWAYS 0026 | |
| 151 | Psychological Pathways Psychotherapy Progress Note dated October 7, 2022 | PATHWAYS 0027 - PATHWAYS 0028 | |

| | | | |
|---|---|---|---|
| 152 | Honor Health Certification of Medical Records dated April 4, 2023 | HONOR HEALTH 0011 | |
| 153 | Psychological Pathways Affidavit of Custodian of Records | PATHWAYS 0002 | |
| 154 | Polara Health Letter from Patricia White | PATHWAYS 0033 | |
| 155 | Valley Anesthesiology Consultation Note dated March 1, 2023 | HONOR HEALTH 0028 - HONOR HEALTH 0033 | |
| 156 | Text Messages between Kristen Betz and Mrs. Calcut | Betz 000001 - Betz 000009 | |
| 157 | Honor Health Visit Notes dated February 17, 2017 | HONOR HEALTH 1165 – HONOR HEALTH 1183 | |
| 158 | Honor Health Records | HONOR HEALTH 0001 – HONOR HEALTH 1274 | |
| 159 | Psychological Pathways Records | PATHWAYS 0001 – PATHWAYS 0033 | |
| 160 | Credit reporting records for November 5, 2021, December 6, 2021, and January 5, 2022 | CENLAR 000650 – CENLAR 000653 | |
| 161 | June 7, 2022 Paid in Full letter | CENLAR 201 – CENLAR 202 | |
| 162 | Records produced by Equifax | CALCUT 001214 – CALCUT 001307 | |
| 163 | Records produced by Experian | EXP.CALCUT 000001 – EXP.CALCUT 000358 | |
| 164 | Records produced by TransUnion | TU 1 – TU 355 | |
| 165 | Plaintiffs' Original and Supplemental Responses to Interrogatories and Requests for Admission | | |

C. Defendants reserve the right to introduce exhibits identified on Plaintiff's exhibit list.

D. Defendants reserve the right to use demonstrative and illustrative exhibits not identified above.

E. Defendants reserve the right to introduce compilations or excerpts of the exhibits identified above as separate exhibits.

F. Defendants reserve the right to introduce documents produced by any party in discovery.

G. Defendants reserve the right to introduce exhibits not identified above for purposes of impeachment, rebuttal, or to refresh the recollection of any witness called to testify at trial.

DATED this 5th day of June, 2023.

Respectfully submitted,

s/ G. Benjamin Milam
CHRISTIAN W. HANCOCK #027744
chancock@bradley.com
(704) 338-6116 (Phone)
(704) 338-6089 (Facsimile)
G. BENJAMIN MILAM *(Admitted Pro Hac Vice)*
bmilam@bradley.com
(704) 338-6000 (Phone)
(704) 332-8858 (Facsimile)
BRADLEY ARANT BOULT CUMMING LLP
Truist Center
214 North Tryon Street
Ste 3700
Charlotte, NC 28202

*Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

2

     I hereby certify that on June 5, 2023, I served the foregoing by electronic mail on

3

the following:

4

**Justin Johanson, Esq.**

5

21920 E. Pegasus Parkway
Queen Creek, Arizona 85142

6

Phone: (480) 845-2030
Jjohanson1129@gmail.com

7

8

**Brent S. Snyder, Esq.**

9

2125 Middlebrook Pike
Knoxville, TN 37921-5855
Brentsnyder77@gmail.com

10

11

**Phillip Robinson**

12

Consumer Law Center LLC
10125 Colesville Rd., Ste. 378
Silver Spring, MD 20901

13

Telephone (301) 448-1304
phillip@marylandconsumer.com

14

15

16

/s/ G. Benjamin Milam

17

OF COUNSEL

18

19

20

21

22

23

24

25

26

27

28

{M76009784/0014802
1.DOCX. 11/25/2022}