| | |
|---|---|
| Christian W. Hancock - 027744<br>BRADLEY ARANT BOULT CUMMING LLP<br>Truist Center<br>214 North Tryon Street, Ste. 3700<br>Charlotte, NC 28202<br>Telephone: (704) 338 6089<br>chancock@bradley.com | G. Benjamin Milam *(Admitted Pro Hac Vice)*<br>BRADLEY ARANT BOULT CUMMING LLP<br>Truist Center<br>214 North Tryon Street, Ste. 3700<br>Charlotte, NC 28202<br>Telephone: (704) 338-6000<br>bmilam@bradley.com |

*Attorneys for Defendants Paramount Residential Mortgage Group, INC., and Cenlar FSB*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| George Calcut, *et al*.,<br>        Plaintiffs,<br>v.<br>Paramount Residential Mortgage Group Incorporated, *et al*<br>        Defendants. | Case No. 2:22-cv-01215<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants Paramount Residential Mortgage Group, Inc. and Cenlar FSB, pursuant to the Federal Rule of Civil Procedure 56, for the reasons explained in detail in the Memorandum of Law submitted with this motion, respectfully request this Court grant summary judgment, and dismiss with prejudice all claims against Defendants. In the alternative, Defendants request partial summary judgment as to the damages recoverable by Plaintiffs as explained in more detail in the Memorandum of Law submitted with this motion.

| | Respectfully submitted, |
|---|---|
| s/ G. Benjamin Milam<br>G. Benjamin Milam *(Pro Hac Vice)*<br>BRADLEY ARANT BOULT CUMMING LLP<br>214 North Tryon Street, Ste. 3700<br>Charlotte, NC 28202<br>Telephone: (704) 338-6000<br>bmilam@bradley.com | Christian W. Hancock - 027744<br>BRADLEY ARANT BOULT CUMMING LLP<br>214 North Tryon Street, Ste. 3700<br>Charlotte, NC 28202<br>Telephone: (704) 338 6089<br>chancock@bradley.com |

*Attorneys for Defendants Paramount Residential Mortgage Group, INC., and Cenlar FSB*

{M76009784/00148021.DOCX. 11/25/2022}

- 1 -

4863-7333-8476.2