# EXHIBIT A-10

```
SER1 ████████        _____   CUSTOMER SERVICE  INV RN0/796  07/11/22  19:10:11

GEORGE A CALCUT                ████████  0C  TYPE V.A.                    MAN M
GERI M CALCUT                  ████████      IR  3.37500  BR OE    ████████
6652 E VIRGINIA STREET    MESA AZ 85215                     0 000-000-0000

-----~HIST---------------------* LOAN HISTORY *-------------------------(MORE)
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION        SG NO        TRAN-EFFECTIVE-DATE
    TRAN-AMT   PRINCIPAL    INTEREST    ESCROW    AMOUNT/CD/DESCRIPTION
07-08-22  00-00  601  MISCELLANEOUS CORPORATE DISBURSEMENT
        30.00       0.00       0.00      0.00     30.00  MTGR REC CORP ADV BA
06-29-22  00-00  307  ESCROW REFUND
     1,353.93-      0.00       0.00  1,353.93-
                                                                            0

06-06-22  06-22  183  POOL SETTLEMENT INTEREST (CORP FUNDED)
       591.13       0.00     591.13      0.00
06-06-22  06-22  181  PAID IN FULL
         0.00  252,718.56     829.23    189.51 253,737.30-
                             0.00    1,353.93
06-06-22  06-22  173  PAYMENT
   253,737.30       0.00       0.00      0.00 253,737.30
06-06-22  00-00  766  MISCELLANEOUS REPAYMENT
        30.00       0.00       0.00      0.00     30.00  MTGR REC CORP ADV BA
04-27-22  05-22  173  PAYMENT
     1,348.68     418.14     711.95    218.59
                252,718.56            1,164.42
04-14-22  04-22  312  COUNTY TAX
       787.99-      0.00       0.00    787.99-          PAYEE =   02013
                                                                       945.83
03-21-22  04-22  173  PAYMENT
     1,348.68     416.97     713.12    218.59
                253,136.70            1,733.82

03-01-22  03-22  173  PAYMENT
     1,348.68     415.80     714.29    218.59
                253,553.67            1,515.23
02-07-22  02-22  172  PAYMENT
     1,348.68     414.63     715.46    218.59
                253,969.47            1,296.64
12-21-21  01-22  173  PAYMENT
     1,348.97     413.47     716.62    218.88
                254,384.10            1,078.05
11-30-21  12-21  172  PAYMENT
     1,348.97     412.31     717.78    218.88
                254,797.57             859.17
11-24-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
       125.00       0.00       0.00      0.00    125.00  NON REC CORP ADV
```

```
10-28-21  11-21  172  PAYMENT
      1,348.97      411.16      718.93      218.88
                255,209.88                  640.29
10-27-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
        7.00         0.00        0.00        0.00        7.00   NON REC CORP ADV
10-27-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
       30.00         0.00        0.00        0.00       30.00   NON REC CORP ADV
10-27-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
        5.00         0.00        0.00        0.00        5.00   NON REC CORP ADV

10-27-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
       25.00         0.00        0.00        0.00       25.00   NON REC CORP ADV
10-20-21  00-00  766  MISCELLANEOUS REPAYMENT
      500.00         0.00        0.00        0.00      500.00   NON REC CORP ADV
10-14-21  11-21  173  PAYMENT
        0.00         0.00        0.00        0.00      616.03 *
                                                      616.03-
10-14-21  00-00  745  CORPORATE ADVANCE ADJUSTMENT
      616.03-        0.00        0.00        0.00      616.03-  NON REC CORP ADV
10-08-21  10-21  312  COUNTY TAX
      787.99-        0.00        0.00      787.99-             PAYEE =    02013
                                                                                    421.41
10-07-21  11-21  168  REPAY OF ESCROW ADVANCE
        0.00         0.00        0.00      808.42-     808.42
10-07-21  11-21  173  PAYMENT
      2,017.82       0.00        0.00    2,017.82
                                                                                  1,209.40
10-05-21  11-21  143  ADJUSTMENT
        0.00         0.00        0.00        0.00             FMOD MODIFICATION
    NEW DUE DATE: 11-01-21, OLD DUE DATE: 03-01-21
10-05-21  03-21  143  ADJUSTMENT
        0.00     5,949.20-       0.00        0.00             FMOD MODIFICATION
                                                                               255,621.04

10-04-21  00-00  601  MISCELLANEOUS CORPORATE DISBURSEMENT
      2,017.82       0.00        0.00        0.00    2,017.82   NON REC CORP ADV
10-01-21  03-21  186  BANK ADJUSTMENT (ESCROW)
    254,249.12   249,671.84   4,577.28      0.00                    6
                                                                               249,671.84
09-16-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
      150.00         0.00        0.00        0.00      150.00   NON REC CORP ADV
09-16-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
        5.00         0.00        0.00        0.00        5.00   NON REC CORP ADV
08-30-21  02-21  168  REPAY OF ESCROW ADVANCE
        0.00         0.00        0.00      215.64-     215.64

08-30-21  02-21  173  PAYMENT
```

```
        0.00      462.89      573.23      215.64   1,251.76-
               249,671.84                  808.42-
08-30-21  02-21  173  PAYMENT
     1,367.78        0.00        0.00        0.00   1,367.78
07-30-21  01-21  168  REPAY OF ESCROW ADVANCE
        0.00        0.00        0.00      183.36-    183.36
07-30-21  01-21  173  PAYMENT
        0.00      461.84      574.28      183.36   1,219.48-
               250,134.73                1,024.06-
07-30-21  01-21  173  PAYMENT
     1,367.78        0.00        0.00        0.00   1,367.78
06-30-21  12-20  168  REPAY OF ESCROW ADVANCE
        0.00        0.00        0.00      183.36-    183.36
06-30-21  12-20  173  PAYMENT
        0.00      460.78      575.34      183.36   1,219.48-
               250,596.57                1,207.42-
06-30-21  12-20  173  PAYMENT
     1,367.78        0.00        0.00        0.00   1,367.78
06-25-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
      125.00        0.00        0.00        0.00     125.00   NON REC CORP ADV
06-01-21  12-20  161  ESCROW ADVANCE
     1,036.60        0.00        0.00    1,036.60

06-01-21  07-21  351  HAZARD INS (PRIMARY POLICY)
     1,036.60-       0.00        0.00    1,036.60-             PAYEE =   EDIUS
                                         1,390.78-
04-06-21  12-20  161  ESCROW ADVANCE
      354.18        0.00        0.00      354.18
04-06-21  04-21  312  COUNTY TAX
      777.50-       0.00        0.00      777.50-             PAYEE =   02013
                                           354.18-
12-30-20  12-20  172  PAYMENT
      203.41        0.00        0.00        0.00     203.41
10-28-20  11-20  172  PAYMENT
     1,219.48      459.73      576.39      183.36
               251,057.35                  423.32
10-07-20  10-20  312  COUNTY TAX
      777.50-       0.00        0.00      777.50-             PAYEE =   02013
                                                                         239.96
09-30-20  10-20  172  PAYMENT
     1,219.48      458.68      577.44      183.36
               251,517.08                1,017.46
09-04-20  09-20  173  PAYMENT                                    09-03-20
     1,219.48      457.63      578.49      183.36        0
               251,975.76                  834.10
08-07-20  08-20  173  PAYMENT                                    08-05-20
     1,219.48      456.58      579.54      183.36        0
```

```
                   252,433.39               650.74
07-21-20  07-20  351  HAZARD INS (PRIMARY POLICY)
      829.28-         0.00         0.00     829.28-              PAYEE =   UAI88
                                                                                    467.38
07-09-20  07-20  173  PAYMENT                                      07-07-20
    1,219.48        455.54       580.58      183.36          0
                   252,889.97             1,296.66
06-08-20  06-20  173  PAYMENT                                      06-04-20
    1,219.48        454.49       581.63      183.36          0
                   253,345.51             1,113.30
05-28-20  06-20  170  ADJUSTMENT TRAN
      929.94         0.00         0.00      929.94
                                                                                    929.94
05-27-20  06-20  142  LOAN SETUP
        0.00  253,800.00-         0.00        0.00
                                                                                253,800.00
```