# EXHIBIT A-11

### ACDV Response:

| | | | |
|---|---|---|---|
| **Account Number:** | [redacted] | **SSN:** | [redacted] 4014 |
| **Consumer Name:** | GEORGE A CALCUT | **Control Number:** | [redacted] 4014 |
| **Date Received:** | | **Originator:** | default1002607 |
| **Response Code:** | 1: | **Subscriber Code:** | 444FM20365 |
| **Response Date:** | 08/16/2021 | **DF Contact Number:** | 0000000022 |
| **Response Due Date:** | 04/21/1905 | **DF Authorized Name:** | |
| **Queue Name:** | | | |

### Dispute Information:

| | |
|---|---|
| **Dispute Code 1:** | 106:Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History. |
| **Dispute Code 2:** | |
| **FCRA Relevant Information:** | THIS ACCOUNT WAS IN VA FORBEARANCE UNTIL 7/1/2021 AT WHICH TIME IT WAS CONVERTED TO A VA DISASTER MODIFICATION INVOLVING A 3 MONTH TRIAL PERIOD PLAN |

### Image Information:

| | |
|---|---|
| **Associated Images:** | Yes |
| **Image ID:** | |
| **Image Accessed Indicators:** | |

### Consumer Information:

| | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| **Last Name:** | CALCUT | CALCUT | 0000000000000DB-------- |
| **First Name:** | GEORGE | GEORGE | 00000000000000B-------- |
| **Middle Name:** | A | A | Same |
| **Generation Code:** | 1:00 | 2:II | |
| **Prev. Last Name:** | | | Same |
| **Prev. First Name:** | | | Same |
| **Prev. Middle Name:** | | | Unknown |
| **Prev. Generation Code:** | | 3:III | |
| **SSN:** | [redacted] | [redacted] | Same |
| **Date Of Birth:** | | [redacted] | Unknown |
| **Telephone Number:** | | [redacted] | Different |
| **ECOA Code:** | 06/01/2021 0:00 | 07/30/2021 19:38 | |
| **Street Address:** | 6652 E VIRGINIA ST | 6652 E VIRGINIA ST | Unknown |
| **City:** | MESA | MESA | |
| **State:** | AZ:Arizona | AZ:Arizona | |
| **Zip:** | 85215 | 852154338 | |
| **Prev. Street Address:** | 3424 N SILVERADO | | |
| **Prev. City:** | MESA | | |
| **Prev. State:** | AZ:Arizona | | |
| **Prev. Zip:** | 85215 | | |
| **2nd Prev. Street Address:** | 3425 N SILVERADO | | |
| **2nd Prev. City:** | MESA | | |
| **2nd Prev. State:** | AZ:Arizona | | |
| **2nd Prev. Zip:** | 85215 | | |

9.99912E+16

## Account Information:

| | Request Data | Response Data |
|---|---|---|
| Account Status: | WHICH IS CURRENTLY PAID TO DATE. I NOTIFIED THE MORTGAGE CO.: | |
| Payment Rating: | AND THEY AGREED WITH THE ABOVE.: | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | 84: | |
| CCC: | 2: | |
| SCC: | | |
| Portfolio Type: | | 2021-01-01 00:00:00: |
| Account Type: | | 2: |
| Interest Type Indicator: | Charlie Miller: | 2021-07-24 16:23:36: |
| Terms Duration: | 08 | 25 |
| Terms Frequency: | M:Monthly | M:Monthly |
| Date Opened: | //17 | /11/17 |
| Date of Account Information: | M/30/6 | M/30/16 |
| Date of Last Payment: | 07/13/1905 | 07/13/1905 |
| Date Closed: | 01/07/1900 | 01/08/1900 |
| FCRA DOFD: | 09/28/1903 | 09/28/1903 |
| Current Balance: | 4 | 4 |
| Amount Past Due: | 2020 | 2020 |
| High Credit / Original Amt.: | 255450 | 254649 |
| Credit Limit: | 7478 | 0 |
| Original Charge Off Amount: | 253800 | 253800 |
| Actual Payment: | | 08/16/2021 0:00 |
| Scheduled Monthly Payment: | | |
| Original Creditor Name: | AC | AC |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | 100424710003738887 |
| Mortgage ID Number (MIN): | | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | 1367 | 1367 |
| Narrative / Remarks: | | |

## Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2020 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2019 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2018 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2017 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2016 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2015 | Req. | | | | | | | | | | | | |
| | Req | | | | | | | | | | | | |
| 2014 | Req | | | | | | | | | | | | |
| | Res | | | | | | | | | | | | |

9.99912E+16

| Associated Consumer Information | | | |
|---|---|---|---|
| Last Name: | | | GERI |
| First Name: | | | M |
| Middle Name: | CALCUT | | |
| Generation Code: | | | |
| SSN: | | | |
| Date Of Birth: | ▮ | | ▮ |
| Telephone Number: | | | |
| ECOA Code: | ▮ | | |
| CII: | | | |
| Street Address: | | | AZ |
| City: | | | 852154338 |
| State: | 6652 E VIRGINIA ST: | | |
| Zip: | MESA | | |
| Submitted by: | | Date: | 08/16/2021 |

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

| ACDV Response: | | | | 6001 |
|---|---|---|---|---|
| **Account Number:** | | **SSN:** | | |
| **Consumer Name:** | GEORGE ALLEN CALCUT | **Control Number:** | | 6001 |
| **Date Received:** | 2021-08-03 01:50:34 | **Originator:** | Experian | |
| **Response Code:** | 22:Updated disputed account information. Additional account information was also updated. | **Subscriber Code:** | 1940025 | |
| **Response Date:** | 08/16/2021 | **DF Contact Number:** | | |
| **Response Due Date:** | 08/18/2021 | **DF Authorized Name:** | Charlie Miller | |
| **Queue Name:** | default1002607 | | | |

| Dispute Information: | |
|---|---|
| **Dispute Code 1:** | 106:Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History. |
| **Dispute Code 2:** | |
| **FCRA Relevant Information:** | CFPB COMPLAINT\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\| |

| Image Information: | |
|---|---|
| **Associated Images:** | Yes |
| **Image ID:** | 149877907 |
| **Image Accessed Indicators:** | Yes |

| Consumer Information: | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| **Last Name:** | CALCUT | CALCUT | Same |
| **First Name:** | GEORGE | GEORGE | Same |
| **Middle Name:** | ALLEN | A | Different |
| **Generation Code:** | | | Unknown |
| **Prev. Last Name:** | | | Unknown |
| **Prev. First Name:** | | | Unknown |
| **Prev. Middle Name:** | | | Unknown |
| **Prev.Generation Code:** | | | |
| **SSN:** | | | Same |
| **Date Of Birth:** | | | Same |
| **Telephone Number:** | | | Different |
| **ECOA Code:** | 2:Joint Contractual Liability | 2:Joint Contractual Liability | |
| **Street Address:** | 6652 E VIRGINIA STREET | 6652 E VIRGINIA ST | Different |
| **City:** | MESA | MESA | |
| **State:** | AZ:Arizona | AZ:Arizona | |
| **Zip:** | 85215 | 852154338 | |
| **Prev. Street Address:** | | | Unknown |
| **Prev. City:** | | | |
| **Prev. State:** | | | |
| **Prev. Zip:** | | | |
| **2nd Prev. Street Address:** | | | |
| **2nd Prev. City:** | | | |
| **2nd Prev. State:** | | | |
| **2nd Prev. Zip:** | | | |

3.52244E+12

## Account Information:

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 84:Account 180 days or more past the due date. | 11:Current account. |
| Payment Rating: | | |
| Cond. / Cum. Status: | OPEN/ DEL 180 | |
| CII: | | |
| MOP: | | |
| CCC: | | |
| SCC: | AC:Paying under a partial payment agreement. | AC:Paying under a partial payment agreement. |
| Portfolio Type: | | M:Mortgage |
| Account Type: | 25:Veteran's Administration(VA) Real Estate Mortgage (Terms Duration in years) | 25:Veteran's Administration(VA) Real Estate Mortgage (Terms Duration in years) |
| Interest Type Indicator: | | F:Fixed |
| Terms Duration: | 030 | 30 |
| Terms Frequency: | M:Monthly | M:Monthly |
| Date Opened: | 04/17/2020 | 04/17/2020 |
| Date of Account Information: | 07/06/2021 | 08/16/2021 |
| Date of Last Payment: | 06/30/2021 | 07/30/2021 |
| Date Closed: | | |
| FCRA DOFD: | | |
| Current Balance: | 255450 | 254649 |
| Amount Past Due: | 7478 | 0 |
| High Credit / Original Amt.: | 253800 | 253800 |
| Credit Limit: | | |
| Original Charge Off Amount: | | |
| Actual Payment: | 1367 | 09/28/1903 0:00 |
| Scheduled Monthly Payment: | 1367 | 1367 |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | 100424710003738887 | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | CALL 8005250689 FOR CONSUMER STATEMENT | |

### Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | Req. | | | | | | - | 0 | 0 | 0 | 0 | 0 | 0 |
| | Resp. | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - | - | - |
| | Resp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | B | - | - | - | - |
| 2019 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Req | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | Req | - | - | - | - | - | | | | | | | |
| | Res | - | - | - | - | - | | | | | | | |

| | | 3.52244E+12 |
|---|---|---|
| **Associated Consumer Information** | | |
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |
| Submitted by: | Charlie Miller | Date: 08/16/2021 |

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

| **ACDV Response:** | | | | 1.00E+17 |
|---|---|---|---|---|
| **Account Number:** | 3.00014E+12 | **SSN:** | | |
| **Consumer Name:** | GEORGE A CALCUT | **Control Number:** | 1.00E+17 | |
| **Date Received:** | 10/05/2021 21:41 | **Originator:** | Equifax | |
| **Response Code:** | 22:Updated disputed account information. Additional account information was also updated. | **Subscriber Code:** | 444FM20365 | |
| **Response Date:** | 10/28/2021 | **DF Contact Number:** | | |
| **Response Due Date:** | 10/29/2021 | **DF Authorized Name:** | Charles Jarrett | |
| **Queue Name:** | default1002607 | | | |

| **Dispute Information:** | |
|---|---|
| **Dispute Code 1:** | 106:Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History. |
| **Dispute Code 2:** | |
| **FCRA Relevant Information:** | CONSUMER STATES THAT HE WAS NEVER BEEN DELINQUENT ON THIS ACCOUNT AND THE PAST DUE AMOUNT SHOULD BE 0 |

| **Image Information:** | | | | | | |
|---|---|---|---|---|---|---|
| **Associated Images:** | No | | | | | |
| **Image ID:** | | | | | | |
| **Image Accessed Indicators:** | | | | | | |

| **Consumer Information:** | | | |
|---|---|---|---|
| | **Request Data** | **Response Data** | **Same / Diff** |
| **Last Name:** | CALCUT | CALCUT | Same |
| **First Name:** | GEORGE | GEORGE | Same |
| **Middle Name:** | A | A | Same |
| **Generation Code:** | | | Unknown |
| **Prev. Last Name:** | | | Unknown |
| **Prev. First Name:** | | | Unknown |
| **Prev. Middle Name:** | | | Unknown |
| **Prev.Generation Code:** | | | |
| **SSN:** | | | Same |
| **Date Of Birth:** | | | Same |
| **Telephone Number:** | | | Different |
| **ECOA Code:** | 2:Joint Contractual Liability | 2:Joint Contractual Liability | |
| **Street Address:** | 6652 E VIRGINIA ST | 6652 E VIRGINIA ST | Same |
| **City:** | MESA | MESA | |
| **State:** | AZ:Arizona | AZ:Arizona | |
| **Zip:** | 85215 | 85215 | |
| **Prev. Street Address:** | 3424 N SILVERADO | | Unknown |
| **Prev. City:** | MESA | | |
| **Prev. State:** | AZ:Arizona | | |
| **Prev. Zip:** | 85215 | | |
| **2nd Prev. Street Address:** | 35461 EL DIAMANTE DR | | |
| **2nd Prev. City:** | WILDOMAR | | |
| **2nd Prev. State:** | CA:California | | |
| **2nd Prev. Zip:** | 92595 | | |

1.00E+17

### Account Information:

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 11:Current account. | 11:Current account. |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | | |
| CCC: | | |
| SCC: | AC:Paying under a partial payment agreement. | AC:Paying under a partial payment agreement. |
| Portfolio Type: | M:Mortgage | M:Mortgage |
| Account Type: | 8: | 25:Veteran's Administration(VA) Real Estate Mortgage (Terms Duration in years) |
| Interest Type Indicator: | F:Fixed | F:Fixed |
| Terms Duration: | 30 | 30 |
| Terms Frequency: | M:Monthly | M:Monthly |
| Date Opened: | 04/17/2020 | 04/17/2020 |
| Date of Account Information: | 08/22/2021 | 10/28/2021 |
| Date of Last Payment: | 08/01/2021 | 10/14/2021 |
| Date Closed: | | |
| FCRA DOFD: | | |
| Current Balance: | 254481 | 255621 |
| Amount Past Due: | 0 | 0 |
| High Credit / Original Amt.: | 253800 | 253800 |
| Credit Limit: | | |
| Original Charge Off Amount: | | |
| Actual Payment: | 1367 | 07/09/1905 0:00 |
| Scheduled Monthly Payment: | 1367 | 1348 |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | 1.00E+17 | 1.00E+17 |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | | |

### Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | Req. | | | | | D | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Resp. | | | | D | D | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | B | | | | |
| | Resp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | B | | | | |
| 2019 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2018 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2017 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2016 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2015 | Req. | | | | | | | | | | | | |
| | Req | | | | | | | | | | | | |
| 2014 | Req | | | | | | | | | | | | |
| | Res | | | | | | | | | | | | |

| Associated Consumer Information | | |
|---|---|---|
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |
| Submitted by: | Charles Jarrett | Date: 10/28/2021 |
| By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted. | | |

| ACDV Response: | | | | 0001 |
|---|---|---|---|---|
| **Account Number:** | [redacted] | **SSN:** | [redacted] | |
| **Consumer Name:** | GEORGE ALLEN CALCUT | **Control Number:** | [redacted]0001 | |
| **Date Received:** | 2021-08-24 01:47:43 | **Originator:** | TransUnion | |
| **Response Code:** | 22:Updated disputed account information. Additional account information was also updated. | **Subscriber Code:** | 2FAD002 | |
| **Response Date:** | 09/18/2021 | **DF Contact Number:** | | |
| **Response Due Date:** | 09/18/2021 | **DF Authorized Name:** | Jhana Rogers | |
| **Queue Name:** | default1002607 | | | |

| Dispute Information: | |
|---|---|
| **Dispute Code 1:** | 112:Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information. |
| **Dispute Code 2:** | |
| **FCRA Relevant Information:** | This account is not new as you have listed it Times Disputed In Last 120 Days 0 |

| Image Information: | |
|---|---|
| **Associated Images:** | No |
| **Image ID:** | |
| **Image Accessed Indicators:** | |

| Consumer Information: | | | |
|---|---|---|---|
| | **Request Data** | **Response Data** | **Same / Diff** |
| **Last Name:** | CALCUT | CALCUT | Same |
| **First Name:** | GEORGE | GEORGE | Same |
| **Middle Name:** | ALLEN | A | Different |
| **Generation Code:** | | | Unknown |
| **Prev. Last Name:** | ASC | | Unknown |
| **Prev. First Name:** | GEORGE | | Unknown |
| **Prev. Middle Name:** | CALCUT | | Unknown |
| **Prev. Generation Code:** | | | |
| **SSN:** | [redacted] | [redacted] | Same |
| **Date Of Birth:** | [redacted] | [redacted] | Same |
| **Telephone Number:** | | [redacted] | Different |
| **ECOA Code:** | 2:Joint Contractual Liability | 2:Joint Contractual Liability | |
| **Street Address:** | 6652 E VIRGINIA ST | 6652 E VIRGINIA ST | Same |
| **City:** | MESA | MESA | |
| **State:** | AZ:Arizona | AZ:Arizona | |
| **Zip:** | 852154338 | 852154338 | |
| **Prev. Street Address:** | 3425 N SILVERADO | | Unknown |
| **Prev. City:** | MESA | | |
| **Prev. State:** | AZ:Arizona | | |
| **Prev. Zip:** | 852154306 | | |
| **2nd Prev. Street Address:** | 6440 E INGLEWOOD ST | | |
| **2nd Prev. City:** | MESA | | |
| **2nd Prev. State:** | AZ:Arizona | | |
| **2nd Prev. Zip:** | 852059506 | | |

3.47878E+14

## Account Information:

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 11:Current account. | 11:Current account. |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | | |
| CCC: | | |
| SCC: | AC:Paying under a partial payment agreement. | AC:Paying under a partial payment agreement. |
| Portfolio Type: | M:Mortgage | M:Mortgage |
| Account Type: | 25:Veteran's Administration(VA) Real Estate Mortgage (Terms Duration in years) | 25:Veteran's Administration(VA) Real Estate Mortgage (Terms Duration in years) |
| Interest Type Indicator: | | F:Fixed |
| Terms Duration: | 360 | 30 |
| Terms Frequency: | M:Monthly | M:Monthly |
| Date Opened: | 04/17/2020 | 04/17/2020 |
| Date of Account Information: | 08/16/2021 | 09/18/2021 |
| Date of Last Payment: | 07/30/2021 | 08/30/2021 |
| Date Closed: | | |
| FCRA DOFD: | | * |
| Current Balance: | 254649 | 254481 |
| Amount Past Due: | | 0 |
| High Credit / Original Amt.: | 253800 | 253800 |
| Credit Limit: | | |
| Original Charge Off Amount: | | |
| Actual Payment: | 1367 | 01/00/1900 0:00 |
| Scheduled Monthly Payment: | 1367 | 1367 |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | 100424710003738887 | 100424710003738887 |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | | |

### Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | Req. | | | | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Resp. | | | | | D | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | B | - | - | - | - |
| | Resp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | B | - | - | - | - |
| 2019 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Req | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | Req | - | - | - | - | | | | | | | | |
| | Res | - | - | - | - | | | | | | | | |

3.47878E+14

| Associated Consumer Information | |
|---|---|
| Last Name: | CALCUT |
| First Name: | GERI |
| Middle Name: | M |
| Generation Code: | |
| SSN: | ▓▓▓ |
| Date Of Birth: | ▓▓▓ |
| Telephone Number: | ▓▓▓ |
| ECOA Code: | 2:Joint Contractual Liability |
| CII: | |
| Street Address: | 6652 E VIRGINIA ST |
| City: | MESA |
| State: | AZ:Arizona |
| Zip: | 852154338 |
| Submitted by: | Jhana Rogers |
| Date: | 09/18/2021 |

By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.