| | |
|---|---|
| Christian W. Hancock - 027744<br>BRADLEY ARANT BOULT CUMMING LLP<br>Truist Center<br>214 North Tryon Street, Ste. 3700<br>Charlotte, NC 28202<br>Telephone: (704) 338 6089<br>chancock@bradley.com | G. Benjamin Milam *(Admitted Pro Hac Vice)*<br>BRADLEY ARANT BOULT CUMMING LLP<br>Truist Center<br>214 North Tryon Street, Ste. 3700<br>Charlotte, NC 28202<br>Telephone: (704) 338-6000<br>bmilam@bradley.com |

*Attorneys for Defendants Paramount Residential Mortgage Group, INC., and Cenlar FSB*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| George Calcut, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Paramount Residential Mortgage Group Incorporated, *et al*<br>　　　　　　Defendants. | Case No. 2:22-cv-01215<br><br>**DEFENDANTS' STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Defendants Paramount Residential Mortgage Group, Inc. ("PRMG") and Cenlar FSB, ("Cenlar") pursuant to the Federal Rule of Civil Procedure 56, and Local Rule 56.1, respectfully submit this Statement of Material Facts in support of their Motion for Summary Judgment and respectfully state as follows:

1. On April 17, 2020, Plaintiffs obtained a mortgage loan from PRMG in the amount of $253,800 (the "Loan"), with a 2.750% interest rate. *See* **Ex. A-1** (Note), **Ex. A-2** (Deed of Trust).

2. Plaintiffs requested and were allowed to put their loan in forbearance in November 2020. On May 28, 2021, Plaintiffs contacted Cenlar stating they were interested in ending the forbearance and inquiring about loss mitigation options which would allow them to begin making payments once again. *See* **Ex. A** (D. McCormick Aff.) at ¶ 13.

{M76009784/00148021.DOCX. 11/25/2022}

3. On June 1, 2021, Cenlar sent Plaintiffs a letter confirming they were approved for a trial payment plan, which, if completed would make Plaintiffs eligible for VA Disaster Modification. *See* **Ex. A-7** (06.01.2021 Trial Payment Plan Letter). The letter provided the projected loan terms for the loan modification including the estimated new principal balance, an estimated an interest rate of 3.5%, and projected principal and interest payments. *Id*.

4. Plaintiffs submitted complaints to the Consumer Financial Protection Bureau regarding the loan modification process and regarding a reporting of delinquency on their loan for July 2021. On August 5, 2021, Cenlar and PRMG responded to the Plaintiffs' complaints submitted to the Consumer Financial Protection Bureau ("CFPB"), acknowledging an error in reporting Plaintiff's loan as delinquent for July 2021, but denying any error as to Plaintiffs' loan modification. *See* **Ex. A-12** (08.05.2021 CFPB Complaint Response).

5. On August 16, 2021, in response to a credit dispute submitted by Mr. Calcut, Cenlar submitted an ACDV response to correct the previous reporting of delinquency for July 2021. *See* **Ex. A-11** (ACDV Reports).

6. On August 18, 2021, Trans Union issued a credit report showing the credit reporting issue had been corrected and the loan was reported as current and "paying as agreed." *See* **Ex. B** (Trans Union Documents).

7. On August 25, 2021, Experian issued a credit report showing the credit reporting issue was corrected, and the loan was reported as current. *See* **Ex. C** (Experian Documents).

8. On September 15, 2021, Plaintiffs accepted a permanent loan modification which capitalized past due amounts, extended the loan term, and increased the interest rate to 3.375%. **Ex. A-9** (Executed Loan Modification).

9. On September 18, 2021, in response to a new credit dispute submitted by Mr. Calcut, Cenlar again submitted an ACDV response showing the account was current and there was no past due amount for July 2021. **Ex. A-11**.

10. On or about October 12, 2021, Cenlar began utilizing the Veterans Assistance Partial Claim Program as a loss mitigation option for borrowers with VA loans. *See* **Ex. A** at ¶ 18.

11. On October 26, 2021, Cenlar and PRMG timely responded to the Plaintiffs' second complaint submitted to the CFPB, again acknowledging a credit reporting error in reporting Plaintiff's loan as delinquent for July 2021, but denying any error as to Plaintiffs' loan modification. *See* **Ex. A-13** (10.26.2021 CFPB Complaint Response).

12. On October 28, 2021, in response to a new credit reporting dispute from Mr. Calcut, Cenlar submitted an ACDV response showing no past due amount for July 2021. **Ex. A-11.**

13. On October 28, 2021, Equifax issued a report showing the credit reporting issue had been corrected, and the loan was reporting as current. *See* **Ex. D** (Equifax Documents).

14. On May 31, 2022, Plaintiffs refinanced their loan with United Trust Bank ("UTB"). *See* **Ex. E** (UTB Mortgage). The new loan increased Plaintiffs' interest rate to 4.75%. Plaintiffs paid off the Loan, paid off $36,283.00 in credit card debt, and received

$101,297.72 in cash from the refinance. *Id*.; *see also* **Ex. F** (UTB Closing Disclosures), **Ex. G** (George Calcut Dep.) at 47:17–48:6.

15. In his deposition, Plaintiff George Calcut admitted the reason for the delay in closing the refinance of the loan with UTB was because Plaintiffs had to "complete six months of payments before United Trust or anybody else would touch me" following the loan modification. **Ex. G** (George Calcut Dep.) 112:4 – 113: 17.

Respectfully submitted,

s/ G. Benjamin Milam
CHRISTIAN W. HANCOCK #027744
chancock@bradley.com
(704) 338-6116 (Phone)
(704) 338-6089 (Facsimile)
G. BENJAMIN MILAM *(Admitted Pro Hac Vice)*
bmilam@bradley.com
(704) 338-6000 (Phone)
(704) 332-8858 (Facsimile)
BRADLEY ARANT BOULT CUMMING LLP
Truist Center
214 North Tryon Street
Ste 3700
Charlotte, NC 28202

*Attorneys for Defendants*
