# EXHIBIT A-10

```
SER1    [REDACTED]       _____      CUSTOMER SERVICE  INV RN0/796  07/11/22  19:10:11

GEORGE A CALCUT                    [REDACTED]         0C  TYPE V.A.                      MAN M
GERI M CALCUT                                         IR  3.37500  BR OE   [REDACTED]
6652 E VIRGINIA STREET      MESA AZ 85215                                  0 000-000-0000


-----~HIST---------------------* LOAN HISTORY *-------------------------(MORE)
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION      SG  NO        TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL    INTEREST    ESCROW     AMOUNT/CD/DESCRIPTION
07-08-22  00-00  601  MISCELLANEOUS CORPORATE DISBURSEMENT
       30.00         0.00        0.00        0.00         30.00   MTGR REC CORP ADV BA
06-29-22  00-00  307  ESCROW REFUND
    1,353.93-        0.00        0.00    1,353.93-
                                                                                        0
06-06-22  06-22  183  POOL SETTLEMENT INTEREST (CORP FUNDED)
      591.13         0.00      591.13        0.00
06-06-22  06-22  181  PAID IN FULL
        0.00   252,718.56      829.23      189.51   253,737.30-
                    0.00               1,353.93
06-06-22  06-22  173  PAYMENT
   253,737.30        0.00        0.00        0.00   253,737.30
06-06-22  00-00  766  MISCELLANEOUS REPAYMENT
       30.00         0.00        0.00        0.00         30.00   MTGR REC CORP ADV BA
04-27-22  05-22  173  PAYMENT
    1,348.68       418.14      711.95      218.59
                252,718.56               1,164.42
04-14-22  04-22  312  COUNTY TAX
      787.99-        0.00        0.00      787.99-                PAYEE =    02013
                                                                                   945.83
03-21-22  04-22  173  PAYMENT
    1,348.68       416.97      713.12      218.59
                253,136.70               1,733.82

03-01-22  03-22  173  PAYMENT
    1,348.68       415.80      714.29      218.59
                253,553.67               1,515.23
02-07-22  02-22  172  PAYMENT
    1,348.68       414.63      715.46      218.59
                253,969.47               1,296.64
12-21-21  01-22  173  PAYMENT
    1,348.97       413.47      716.62      218.88
                254,384.10               1,078.05
11-30-21  12-21  172  PAYMENT
    1,348.97       412.31      717.78      218.88
                254,797.57                 859.17
11-24-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
      125.00         0.00        0.00        0.00        125.00   NON REC CORP ADV
```

```
10-28-21  11-21  172  PAYMENT
    1,348.97       411.16      718.93     218.88
              255,209.88                  640.29
10-27-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
         7.00        0.00        0.00       0.00       7.00  NON REC CORP ADV
10-27-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
        30.00        0.00        0.00       0.00      30.00  NON REC CORP ADV
10-27-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
         5.00        0.00        0.00       0.00       5.00  NON REC CORP ADV

10-27-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
        25.00        0.00        0.00       0.00      25.00  NON REC CORP ADV
10-20-21  00-00  766  MISCELLANEOUS REPAYMENT
       500.00        0.00        0.00       0.00     500.00  NON REC CORP ADV
10-14-21  11-21  173  PAYMENT
         0.00        0.00        0.00       0.00     616.03 *
                                                     616.03-
10-14-21  00-00  745  CORPORATE ADVANCE ADJUSTMENT
       616.03-       0.00        0.00       0.00     616.03- NON REC CORP ADV
10-08-21  10-21  312  COUNTY TAX
       787.99-       0.00        0.00     787.99-             PAYEE =    02013
                                                                              421.41
10-07-21  11-21  168  REPAY OF ESCROW ADVANCE
         0.00        0.00        0.00     808.42-    808.42
10-07-21  11-21  173  PAYMENT
     2,017.82        0.00        0.00   2,017.82
                                                                            1,209.40
10-05-21  11-21  143  ADJUSTMENT
         0.00        0.00        0.00       0.00             FMOD MODIFICATION
     NEW DUE DATE: 11-01-21, OLD DUE DATE: 03-01-21
10-05-21  03-21  143  ADJUSTMENT
         0.00    5,949.20-      0.00       0.00              FMOD MODIFICATION
                                                                          255,621.04

10-04-21  00-00  601  MISCELLANEOUS CORPORATE DISBURSEMENT
     2,017.82        0.00        0.00       0.00   2,017.82  NON REC CORP ADV
10-01-21  03-21  186  BANK ADJUSTMENT (ESCROW)
   254,249.12  249,671.84   4,577.28       0.00           6
                                                                          249,671.84
09-16-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
       150.00        0.00        0.00       0.00     150.00  NON REC CORP ADV
09-16-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
         5.00        0.00        0.00       0.00       5.00  NON REC CORP ADV
08-30-21  02-21  168  REPAY OF ESCROW ADVANCE
         0.00        0.00        0.00     215.64-    215.64

08-30-21  02-21  173  PAYMENT
```

```
         0.00      462.89      573.23      215.64    1,251.76-
              249,671.84                    808.42-
08-30-21  02-21  173  PAYMENT
     1,367.78       0.00        0.00        0.00    1,367.78
07-30-21  01-21  168  REPAY OF ESCROW ADVANCE
         0.00       0.00        0.00      183.36-     183.36
07-30-21  01-21  173  PAYMENT
         0.00     461.84      574.28      183.36    1,219.48-
              250,134.73                  1,024.06-
07-30-21  01-21  173  PAYMENT
     1,367.78       0.00        0.00        0.00    1,367.78
06-30-21  12-20  168  REPAY OF ESCROW ADVANCE
         0.00       0.00        0.00      183.36-     183.36
06-30-21  12-20  173  PAYMENT
         0.00     460.78      575.34      183.36    1,219.48-
              250,596.57                  1,207.42-
06-30-21  12-20  173  PAYMENT
     1,367.78       0.00        0.00        0.00    1,367.78
06-25-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
       125.00       0.00        0.00        0.00      125.00    NON REC CORP ADV
06-01-21  12-20  161  ESCROW ADVANCE
     1,036.60       0.00        0.00    1,036.60

06-01-21  07-21  351  HAZARD INS (PRIMARY POLICY)
     1,036.60-      0.00        0.00    1,036.60-              PAYEE =    EDIUS
                                         1,390.78-
04-06-21  12-20  161  ESCROW ADVANCE
       354.18       0.00        0.00      354.18
04-06-21  04-21  312  COUNTY TAX
       777.50-      0.00        0.00      777.50-              PAYEE =    02013
                                           354.18-
12-30-20  12-20  172  PAYMENT
       203.41       0.00        0.00        0.00      203.41
10-28-20  11-20  172  PAYMENT
     1,219.48     459.73      576.39      183.36
              251,057.35                    423.32
10-07-20  10-20  312  COUNTY TAX
       777.50-      0.00        0.00      777.50-              PAYEE =    02013
                                                                            239.96
09-30-20  10-20  172  PAYMENT
     1,219.48     458.68      577.44      183.36
              251,517.08                  1,017.46
09-04-20  09-20  173  PAYMENT                                            09-03-20
     1,219.48     457.63      578.49      183.36           0
              251,975.76                    834.10
08-07-20  08-20  173  PAYMENT                                            08-05-20
     1,219.48     456.58      579.54      183.36           0
```

```
                  252,433.39              650.74
07-21-20  07-20  351  HAZARD INS (PRIMARY POLICY)
    829.28-       0.00       0.00    829.28-            PAYEE =   UAI88
                                                                          467.38
07-09-20  07-20  173  PAYMENT                                         07-07-20
  1,219.48      455.54     580.58    183.36        0
                  252,889.97            1,296.66
06-08-20  06-20  173  PAYMENT                                         06-04-20
  1,219.48      454.49     581.63    183.36        0
                  253,345.51            1,113.30
05-28-20  06-20  170  ADJUSTMENT TRAN
    929.94       0.00       0.00    929.94
                                                                          929.94
05-27-20  06-20  142  LOAN SETUP
      0.00  253,800.00-     0.00      0.00
                                                                       253,800.00
```