# EXHIBIT A-3

| Date | Summary | Source | Detail |
|---|---|---|---|
| 11/01/2021 | CPI TELEVOICE ACCESS | SERN | Customer Service Note<br>Date: 11/01/2021<br>Time: 18:54:58<br>User: @@@<br>Log Code: CPITV<br>CPI TELEVOICE ACCESS |
| 11/01/2021 | INTERNAL TRANSFER EFFECTIVE 11.01.21 FROM | SERN | Customer Service Note<br>Date: 11/01/2021<br>Time: 11:32:04<br>User: JCL<br>INTERNAL TRANSFER EFFECTIVE 11.01.21 FROM PRMG TO AMERIHOME MORTGAGE LOAN NUMBER WILL REMAIN THE SAME. |
| 10/28/2021 | CPI TELEVOICE ACCESS | SERN | Customer Service Note<br>Date: 10/28/2021<br>Time: 13:33:48<br>User: @@@<br>Log Code: CPITV<br>CPI TELEVOICE ACCESS |
| 10/28/2021 | CREDIT DISPUTE RECEIVED-NO CORRECTION MADE | SERN | Customer Service Note<br>Date: 10/28/2021<br>Time: 08:47:44<br>User: CZJ<br>Log Code: CBRNCM<br>CREDIT DISPUTE RECEIVED-NO CORRECTION MADE THE LOAN IS CURRENT AND DUE FOR THE 11/1/2021 PAYMENT. THERE ARE NO DELINQUENCIES. THE LOAN WAS ON AN EMERGENCY FORBEARANCE 12/1/2020-5/31/2021ANDWAS CURRENT ENTERING THE FORBEARANCE. THE REPORTING IS ACCURATE. |
| 10/28/2021 | E-OSCAR DISPUTE RECEIVED | SERN | Customer Service Note<br>Date: 10/28/2021<br>Time: 08:47:29<br>User: CZJ<br>Log Code: EOSREC<br>E-OSCAR DISPUTE RECEIVED THE BORROWER DISPUTES THE PRESENT AND PREVIOUS ACCOUNT STATUS, THE ACCOUNT HISTORY, THE PAYMENT RATING. THE BORROWER ASKS THAT WE VERIFY THIS INFORMATION. |
| 10/28/2021 | IVR DFT4 PMT PHONE PAY IVR | DLQ7 | Collection Note<br>Date: 10/28/2021<br>Time: 13:36:00<br>User: TL5<br>IVR DFT4 PMT PHONE PAY IVR |
| 10/28/2021 | 11104467 | DLQ7 | Collection Note<br>Date: 10/28/2021<br>Time: 13:36:00<br>User: TL5<br>11104467 |
| 10/24/2021 | CREDIT DISPUTE RECEIVED-NO CORRECTION MADE | SERN | Customer Service Note<br>Date: 10/24/2021<br>Time: 12:04:44<br>User: SEP<br>Log Code: CBRNCM<br>CREDIT DISPUTE RECEIVED-NO CORRECTION MADE THE LOAN IS CURRENT AND DUE FOR THE 11/2021 INSTALLMENT. THE LOAN WAS SET UP ON A PANDEMIC FORBEARANCE FROM 12/1/2020 - 8/31/2021. THERE ARE NO REPORTED DELINQUENCIES ON THE LOAN. THE REPORTING IS ACCURATE AND A |

| Loan Number: | | Borrower Name: CALCUT,GEORGE A |
|---|---|---|

| Date | Summary | Source | Detail |
|---|---|---|---|
| 09/21/2021 | SIGNED MODAGREE RECD FROM BORR SENT TO DME&CLOSER | LMTN | Loss Mitigation Note<br>Date: 09/21/2021<br>Time: 12:07:53<br>User: EPR<br>Log Code: MDRECV<br>SIGNED MODAGREE RECD FROM BORR SENT TO DME&CLOSER |
| 09/20/2021 | TEL RES    NO CONNECTION MADE | DLQ7 | Collection Note<br>Date: 09/20/2021<br>Time: 20:08:30<br>User: MEL<br>TEL RES NO CONNECTION MADE |
| 09/18/2021 | E-OSCAR DISPUTE RECEIVED | SERN | Customer Service Note<br>Date: 09/18/2021<br>Time: 11:10:20<br>User: JXR<br>Log Code: EOSREC<br>E-OSCAR DISPUTE RECEIVED THE CONSUMER STATES INACCURATE INFORMATION. THE ACCOUNT IS NOT NEW AS YOU HAVE IT LISTED. |
| 09/18/2021 | CREDIT DISPUTE RECEIVED-NO CORRECTION MADE | SERN | Customer Service Note<br>Date: 09/18/2021<br>Time: 11:10:02<br>User: JXR<br>Log Code: CBRNCM<br>CREDIT DISPUTE RECEIVED-NO CORRECTION MADE THE ACCOUNT IS CURRENTLY WORKING WITH THE LOSS MITIGATION DEPARTMENT. THE CONSUMER WAS APPROVED FOR VA FINAL DISASTER MODIFICATION 10/01/21. THE ACCOUNT WAS ACQUIRED AND STARTED SERVICING 05/07/20. THE ACCOUNT WAS CURRENT ENTERING INTO THE FORBEARANCE PLAN 12/01/20 THAT ENDED ON 08/31/21. THE ACCOUNT HAS NOT BEEN REPORTED DELINQUENT WHILE BEING SERVICED. THE ACCOUNT IS BEING REPORTED ACCURATELY. |
| 09/16/2021 | TEL RES    MESSAGE COMPLETE | DLQ7 | Collection Note<br>Date: 09/16/2021<br>Time: 20:24:32<br>User: MEL<br>TEL RES MESSAGE COMPLETE |
| 09/13/2021 | COMPLAINT RECEIVED FROM CLIENT THROUGH CLIENT EXPE | SERN | Customer Service Note<br>Date: 09/13/2021<br>Time: 08:51:14<br>User: MYW<br>Log Code: CECPLT<br>COMPLAINT RECEIVED FROM CLIENT THROUGH CLIENT EXPERIENCE |
| 09/13/2021 | CLIENT E-MAIL COLLECTIONS | SERN | Customer Service Note<br>Date: 09/13/2021<br>Time: 08:46:50<br>User: MYW<br>Log Code: CMLCOL<br>CLIENT E-MAIL COLLECTIONS CLIENT OF STATUS UPDATE. INQUIRY RESOLVED. |

| Loan Number: | | Borrower Name: CALCUT, GEORGE A | |
|---|---|---|---|
| **Date** | **Summary** | **Source** | **Detail** |
| 07/17/2021 | DEMOGRAPHICS VERF | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 16:20:00<br>User: DVI<br>DEMOGRAPHICS VERF |
| 07/17/2021 | ON THE CALL - I WILL HAVE TO MANUALLY DISC | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 16:20:00<br>User: DVI<br>ON THE CALL - I WILL HAVE TO MANUALLY DISC |
| 07/17/2021 | I AM/WAS STILL ON THE CALL WITH THE BRWR. I CAME BA | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 16:20:00<br>User: DVI<br>I AM/WAS STILL ON THE CALL WITH THE BRWR. I CAME BACK TO THE LINE TO EXPLAIN THAT THE CREDIT REPORTING WAS ACCURATE AND DIDNT GET A RESPONSE. BRWR STILL |
| 07/17/2021 | CONSEQUENCES THAT | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 16:11:00<br>User: SAS<br>CONSEQUENCES THAT L/G, NEG CBR REPORTING COLLECTION ACT WILL CONTU |
| 07/17/2021 | DISCUSSED LOSS MIT | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 16:10:00<br>User: SAS<br>DISCUSSED LOSS MIT |
| 07/17/2021 | QRPC W/OUT PTP | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 16:10:00<br>User: SAS<br>QRPC W/OUT PTP |
| 07/17/2021 | NO PAY | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 16:10:00<br>User: SAS<br>NO PAY |
| 07/17/2021 | DEMOGRAPHICS VERF | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 16:10:00<br>User: SAS<br>DEMOGRAPHICS VERF |
| 07/17/2021 | B1 TEL OFFICE CELL PHONE AUTH | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 16:10:00<br>User: SAS<br>B1 TEL OFFICECELL PHONE AUTH |
| 07/17/2021 | B 1 CALLED BACK FROM LAST AGENT CALL WAS DISCONNET | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 16:04:00<br>User: SAS<br>B 1 CALLED BACK FROM LAST AGENT CALL WAS DISCONNET BR 1 CREDIT REPORT WAS AFFECT WHILE HE WAS ON A FB PLEASE CORRECT |
| 07/17/2021 | DELQ STAT =    REASON FOR DELQ = 016 | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 16:02:56<br>User: SAS<br>DELQ STAT = REASON FOR DELQ = 016 |

**Loan Number:** ███  **Borrower Name:** CALCUT, GEORGE A

| Date | Summary | Source | Detail |
|---|---|---|---|
| 07/17/2021 | UNEMPLOYMENT | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 16:02:00<br>User: SAS<br>UNEMPLOYMENT |
| 07/17/2021 | TOT DUE  8,730.04 | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 16:02:00<br>User: SAS<br>TOT DUE 8,730.04 NET DUE 8,378.33 |
| 07/17/2021 | B1 TEL OFFICE DISCUSSED LOSS MIT CURTAILMENT OF INCOM | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 15:41:00<br>User: DVI<br>B1 TEL OFFICEDISCUSSED LOSS MITCURTAILMENT OF INCOM |
| 07/17/2021 | B1. GAVE TAD 8,378.33. OCCUPYING HOME. INT TO KEEP | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 15:41:00<br>User: DVI<br>B1. GAVE TAD 8,378.33. OCCUPYING HOME. INT TO KEEP SAID THAT WE REPORTED HIM 120 DAYS DELIQ AND WANTS TO KNOW WHY. ADV FORB//DIL/LOAN MOD/RPP. ADV OF CON |
| 07/17/2021 | DELQ STAT =    REASON FOR DELQ = 006 | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 15:41:25<br>User: DVI<br>DELQ STAT = REASON FOR DELQ = 006 |
| 07/17/2021 | QUALITY RPC   QUALITY RPC | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 15:40:00<br>User: DVI<br>QUALITY RPC QUALITY RPC |
| 07/17/2021 | TEL RES      MESSAGE COMPLETE | DLQ7 | Collection Note<br>Date: 07/17/2021<br>Time: 15:28:15<br>User: MEL<br>TEL RES MESSAGE COMPLETE |
| 07/16/2021 | SKIP-REC EXCLUDED | DLQ7 | Collection Note<br>Date: 07/16/2021<br>Time: 17:32:05<br>User: MEL<br>SKIP-REC EXCLUDED |
| 07/15/2021 | SKIP-REC EXCLUDED | DLQ7 | Collection Note<br>Date: 07/15/2021<br>Time: 11:33:09<br>User: MEL<br>SKIP-REC EXCLUDED |
| 07/14/2021 | SKIP-REC EXCLUDED | DLQ7 | Collection Note<br>Date: 07/14/2021<br>Time: 18:44:23<br>User: MEL<br>SKIP-REC EXCLUDED |
| 07/13/2021 | SKIP-REC EXCLUDED | DLQ7 | Collection Note<br>Date: 07/13/2021<br>Time: 17:34:39<br>User: MEL<br>SKIP-REC EXCLUDED |
| 07/10/2021 | TEL RES      MESSAGE COMPLETE | DLQ7 | Collection Note<br>Date: 07/10/2021<br>Time: 11:52:41<br>User: MEL<br>TEL RES MESSAGE COMPLETE |

**Loan Number:** █████████         **Borrower Name:** CALCUT, GEORGE A

| Date | Summary | Source | Detail |
|---|---|---|---|
| 11/02/2020 | IMPACT BY PANDEMIC ENERGY ENVIRMNT COST | DLQ7 | Collection Note<br>Date: 11/02/2020<br>Time: 00:00:03<br>User: SYS<br>IMPACT BY PANDEMICENERGY ENVIRMNT COST |
| 11/02/2020 | WEB 110220 12:42 BORROWER REQUESTED 4-MONTH TERM | DLQ7 | Collection Note<br>Date: 11/02/2020<br>Time: 00:00:03<br>User: SYS<br>WEB 110220 12:42 BORROWER REQUESTED 4-MONTH TERM |
| 10/31/2020 | CPI TELEVOICE ACCESS | SERN | Customer Service Note<br>Date: 10/31/2020<br>Time: 17:25:01<br>User: @@@<br>Log Code: CPITV<br>CPI TELEVOICE ACCESS |
| 10/08/2020 | CPI TELEVOICE ACCESS | SERN | Customer Service Note<br>Date: 10/08/2020<br>Time: 17:02:17<br>User: @@@<br>Log Code: CPITV<br>CPI TELEVOICE ACCESS |
| 10/05/2020 | EML CON MADE | DLQ7 | Collection Note<br>Date: 10/05/2020<br>Time: 16:29:14<br>User: VTX<br>EML CON MADE |
| 10/05/2020 | ███████ EM414 open 100520 042914 | DLQ7 | Collection Note<br>Date: 10/05/2020<br>Time: 16:29:14<br>User: VTX<br>███████ EM414 open 100520 042914 |
| 10/05/2020 | EML CON MADE | DLQ7 | Collection Note<br>Date: 10/05/2020<br>Time: 15:43:07<br>User: VTX<br>EML CON MADE |
| 10/05/2020 | ███████ EM414 delivered 100520 034307 | DLQ7 | Collection Note<br>Date: 10/05/2020<br>Time: 15:43:07<br>User: VTX<br>███████ EM414 delivered 100520 034307 |
| 09/28/2020 | VERIFIED PAYMENT WAS RECEIVED | SERN | Customer Service Note<br>Date: 09/28/2020<br>Time: 12:24:51<br>User: R81<br>Log Code: SERPMT<br>VERIFIED PAYMENT WAS RECEIVED<br>VERIFIED LAX LOCKBOX PAY ADDRESS |
| 09/28/2020 | CELL VERIFIED / CONSENT OBTAINED <███████ | SERN | Customer Service Note<br>Date: 09/28/2020<br>Time: 12:04:03<br>User: @@@<br>Log Code: SERCPV<br>CELL VERIFIED / CONSENT OBTAINED ███████ |
| 09/28/2020 | CPI TELEVOICE ACCESS | SERN | Customer Service Note<br>Date: 09/28/2020<br>Time: 12:01:17<br>User: @@@<br>Log Code: CPITV<br>CPI TELEVOICE ACCESS |