# EXHIBIT A-10

```
SER1 ████████        ████████     CUSTOMER SERVICE  INV RN0/796  07/11/22  19:10:11

GEORGE A CALCUT                   ████████        OC  TYPE V.A.                    MAN M
GERI M CALCUT                                         IR  3.37500  BR OE    ████████
6652 E VIRGINIA STREET   MESA AZ 85215                                0 000-000-0000
```

```
-----~HIST---------------------* LOAN HISTORY *-------------------------(MORE)
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION        SG NO        TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL    INTEREST    ESCROW      AMOUNT/CD/DESCRIPTION
07-08-22  00-00  601  MISCELLANEOUS CORPORATE DISBURSEMENT
      30.00         0.00        0.00        0.00       30.00   MTGR REC CORP ADV BA
06-29-22  00-00  307  ESCROW REFUND
   1,353.93-         0.00        0.00    1,353.93-
                                                                                    0
06-06-22  06-22  183  POOL SETTLEMENT INTEREST (CORP FUNDED)
     591.13         0.00      591.13        0.00
06-06-22  06-22  181  PAID IN FULL
       0.00    252,718.56      829.23      189.51  253,737.30-
                      0.00                1,353.93
06-06-22  06-22  173  PAYMENT
 253,737.30         0.00        0.00        0.00  253,737.30
06-06-22  00-00  766  MISCELLANEOUS REPAYMENT
      30.00         0.00        0.00        0.00       30.00   MTGR REC CORP ADV BA
04-27-22  05-22  173  PAYMENT
   1,348.68       418.14      711.95      218.59
                252,718.56                1,164.42
04-14-22  04-22  312  COUNTY TAX
     787.99-        0.00        0.00      787.99-            PAYEE =    02013
                                                                               945.83
03-21-22  04-22  173  PAYMENT
   1,348.68       416.97      713.12      218.59
                253,136.70                1,733.82

03-01-22  03-22  173  PAYMENT
   1,348.68       415.80      714.29      218.59
                253,553.67                1,515.23
02-07-22  02-22  172  PAYMENT
   1,348.68       414.63      715.46      218.59
                253,969.47                1,296.64
12-21-21  01-22  173  PAYMENT
   1,348.97       413.47      716.62      218.88
                254,384.10                1,078.05
11-30-21  12-21  172  PAYMENT
   1,348.97       412.31      717.78      218.88
                254,797.57                  859.17
11-24-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
     125.00         0.00        0.00        0.00      125.00   NON REC CORP ADV
```

```
10-28-21  11-21  172  PAYMENT
     1,348.97      411.16      718.93      218.88
              255,209.88              640.29
10-27-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
         7.00        0.00        0.00        0.00        7.00   NON REC CORP ADV
10-27-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
        30.00        0.00        0.00        0.00       30.00   NON REC CORP ADV
10-27-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
         5.00        0.00        0.00        0.00        5.00   NON REC CORP ADV

10-27-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
        25.00        0.00        0.00        0.00       25.00   NON REC CORP ADV
10-20-21  00-00  766  MISCELLANEOUS REPAYMENT
       500.00        0.00        0.00        0.00      500.00   NON REC CORP ADV
10-14-21  11-21  173  PAYMENT
         0.00        0.00        0.00        0.00      616.03 *
                                                       616.03-
10-14-21  00-00  745  CORPORATE ADVANCE ADJUSTMENT
       616.03-       0.00        0.00        0.00      616.03-  NON REC CORP ADV
10-08-21  10-21  312  COUNTY TAX
       787.99-       0.00        0.00      787.99-              PAYEE =    02013
                                                       421.41
10-07-21  11-21  168  REPAY OF ESCROW ADVANCE
         0.00        0.00        0.00      808.42-     808.42
10-07-21  11-21  173  PAYMENT
     2,017.82        0.00        0.00    2,017.82
                                                     1,209.40
10-05-21  11-21  143  ADJUSTMENT
         0.00        0.00        0.00        0.00              FMOD MODIFICATION
       NEW DUE DATE: 11-01-21, OLD DUE DATE: 03-01-21
10-05-21  03-21  143  ADJUSTMENT
         0.00    5,949.20-      0.00        0.00              FMOD MODIFICATION
                                                     255,621.04

10-04-21  00-00  601  MISCELLANEOUS CORPORATE DISBURSEMENT
     2,017.82        0.00        0.00        0.00    2,017.82   NON REC CORP ADV
10-01-21  03-21  186  BANK ADJUSTMENT (ESCROW)
   254,249.12  249,671.84   4,577.28        0.00           6
                                                     249,671.84
09-16-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
       150.00        0.00        0.00        0.00      150.00   NON REC CORP ADV
09-16-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
         5.00        0.00        0.00        0.00        5.00   NON REC CORP ADV
08-30-21  02-21  168  REPAY OF ESCROW ADVANCE
         0.00        0.00        0.00      215.64-     215.64

08-30-21  02-21  173  PAYMENT
```

```
              0.00        462.89       573.23       215.64    1,251.76-
           249,671.84                  808.42-
08-30-21  02-21  173  PAYMENT
          1,367.78         0.00         0.00         0.00    1,367.78
07-30-21  01-21  168  REPAY OF ESCROW ADVANCE
              0.00         0.00         0.00       183.36-     183.36
07-30-21  01-21  173  PAYMENT
              0.00        461.84       574.28       183.36    1,219.48-
           250,134.73                 1,024.06-
07-30-21  01-21  173  PAYMENT
          1,367.78         0.00         0.00         0.00    1,367.78
06-30-21  12-20  168  REPAY OF ESCROW ADVANCE
              0.00         0.00         0.00       183.36-     183.36
06-30-21  12-20  173  PAYMENT
              0.00        460.78       575.34       183.36    1,219.48-
           250,596.57                 1,207.42-
06-30-21  12-20  173  PAYMENT
          1,367.78         0.00         0.00         0.00    1,367.78
06-25-21  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
            125.00         0.00         0.00         0.00      125.00    NON REC CORP ADV
06-01-21  12-20  161  ESCROW ADVANCE
          1,036.60         0.00         0.00     1,036.60

06-01-21  07-21  351  HAZARD INS (PRIMARY POLICY)
          1,036.60-        0.00         0.00     1,036.60-              PAYEE =    EDIUS
                                                 1,390.78-
04-06-21  12-20  161  ESCROW ADVANCE
            354.18         0.00         0.00       354.18
04-06-21  04-21  312  COUNTY TAX
            777.50-        0.00         0.00       777.50-              PAYEE =    02013
                                                   354.18-
12-30-20  12-20  172  PAYMENT
            203.41         0.00         0.00         0.00      203.41
10-28-20  11-20  172  PAYMENT
          1,219.48        459.73       576.39       183.36
           251,057.35                  423.32
10-07-20  10-20  312  COUNTY TAX
            777.50-        0.00         0.00       777.50-              PAYEE =    02013
                                                                                   239.96
09-30-20  10-20  172  PAYMENT
          1,219.48        458.68       577.44       183.36
           251,517.08                 1,017.46
09-04-20  09-20  173  PAYMENT                                                       09-03-20
          1,219.48        457.63       578.49       183.36              0
           251,975.76                  834.10
08-07-20  08-20  173  PAYMENT                                                       08-05-20
          1,219.48        456.58       579.54       183.36              0
```

```
                252,433.39                  650.74
07-21-20  07-20  351  HAZARD INS (PRIMARY POLICY)
     829.28-        0.00         0.00       829.28-           PAYEE =    UAI88
                                                                            467.38
07-09-20  07-20  173  PAYMENT                                              07-07-20
   1,219.48      455.54       580.58       183.36         0
                252,889.97              1,296.66
06-08-20  06-20  173  PAYMENT                                              06-04-20
   1,219.48      454.49       581.63       183.36         0
                253,345.51              1,113.30
05-28-20  06-20  170  ADJUSTMENT TRAN
     929.94        0.00         0.00       929.94
                                                                            929.94
05-27-20  06-20  142  LOAN SETUP
       0.00  253,800.00-        0.00         0.00
                                                                        253,800.00
```