# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Calcut, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Paramount Residential Mortgage Group Incorporated, et al.,<br><br>    Defendants. | **NO. CV-22-01215-PHX-JJT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed January 22, 2024, which granted Defendants' Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiffs. Plaintiffs to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

January 22, 2024

By   s/ C. Lett
     Deputy Clerk
